798 A.2d 1275

### Henry GIBBS, Jr., Appellant,

v.

### COMMONWEALTH of Pennsylvania, Board of Probation and Parole, Appellee.

Supreme Court of Pennsylvania.

June 17, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2002, we **AFFIRM** the Order of the Commonwealth Court.